IN THE UNITED STATES DISTRICT COURT, FOR THE WESTERN DISRTICT OF MICHIGAN

FILED - LN
January 3, 2023 2:30 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_eod SCANNED BY: 400 /3

| | | |
|---|---|---|
| COREY BLOCKER | ) | |
| PLAINTIFF | ) | |
| V. | ) | |
| ROBERT J. JONKER | ) | 1:23-cv-6 |
| DEFENDANT | ) | Robert J. Jonker |
| MICHIGAN UNEMPLOYMENT AGENCY | ) CASE # | United States District Judge |
| CODEFENDANT | ) REQUEST TRIAL BY JURY | |
| HUNTINGTON BANK | ) | |
| CODEFENDANT | ) | |
| H&R BLOCK | ) | |
| CODEFENDANT | ) | |
| CAPITAL CITY APARTMENTS | ) | |
| CODEFENDANT | ) | |
| JUDITH A. CHAMPA | ) | |
| CODEFENDANT | ) | |

ORIGINAL COMPLAINT

Corey Blocker makes this original complaint, for this courts record, and on this courts record. Corey Blocker submitted to this court his letter of intent to sue for the defendant's actions that have violated Corey Blocker's due process clause, which further violates Corey Blocker's constitutional and civil rights. Corey Blocker states the defendant's actions are as follows; Robert J. Jonker ruled over Corey Blocker's case 1:22-CV-726 when law requires that he recuse himself. When there is a conflict of interest, which the fact that Corey Blocker has stated and proven that Robert J. Jonker has been corrupted and any un-bias juror would find that fraud upon the court was committed by Robert J. Jonker. Therefore Robert J. Jonker ruling on this case violates above said rights. Then there is the Michigan Unemployment agency that has twice denied Corey Blocker's reimbursement of the unemployment that Corey Blocker was entitled to by law. Furthermore Judge Judith A. Champa twice dismissed Corey Blocker's right to reimbursement of the unemployment funds, but never ruled on the fact that Governor Whitmer's executive order mandating Corey Blocker wear the mask as unconstitutional which would make Corey Blocker eligible for unemployment under rule 28(1) a because Corey Blocker was able to work and ready to work other than that. Which Judge Judith A. Champa purposely did not rule on that fact which court records will prove that Corey Blocker brought that point up in the court proceedings and judge Judith A. Champa did not make a ruling to cause Corey Blocker undue hardship and because that ruling would

make no one in Michigan liable for the repaying of unemployment. Then there is Huntington bank who delayed Corey Blocker's loan request for months, then denied the loan without giving a reason to why the loan was denied. H&R Block ran Corey Blocker's business taxes under his personal taxes even though the Business name is Blocker Enterprise LLC, which a business must have a EIN number to be an LLC. Which H&R Block purposely ran the taxes on Corey Blocker's personal taxes so Corey Blocker's taxes could be stolen by the Eaton County friend of the court illegally! Corey Blocker has already stated that the capital city apartment falsely denied Corey Blocker's apartment application for credit that was not supposed to be on his credit. Now the apartment complex has retaliated by stating Corey Blocker owes $75 when Corey Blocker has the money order receipts to prove he paid on time, furthermore the staff in the office stated that they have received the money which further proves that the apartment complex is retaliating, because Corey Blocker stated how the apartment complex was in cahoots with the defendant's in above mention case. Therefore Corey Blocker is bring this lawsuit for the amount of $6 trillion dollars because the defendant's action cost Corey Blocker that much in said case. Corey Blocker also states for the record that the defendant's action is considered by law to be treason and Corey Blocker demands that each defendant and all their heirs and relatives be held to the highest standard of law for treason which is death by hanging. This court has subject matter jurisdiction over this case because it is over $25000.00 therefore this court cannot state the same false narrative that this is the same case as the other's and most grant Corey Blocker's motion for pauper statues which once that happens will prove the defendant's guilt beyond a shadow of a doubt, to further prove the defendant's guilt in all the other case.

RESPECTFULLY SUBMITTED

*[signature]*

COREY BLOCKER

YOU ARE SUMMONS TO RESPOND/ DEFEND THESE ALLIGATIONS AGAINST YOU, IF YOU DO NOT RESPOND/ DEFEND THIS COMPLAINT IN THE 30 DAYS ALLOWED THIS CASE WILL BE GRANTED FOR JUDGMENT BY DEFAULT WITH NO FURTHER NEED FOR LITIGATION, YOU CAN ONLY RESPOND/ DEFEND THIS CASE BY AFFIDAVIT ONLY

RESPECTFULLY SUBMITTED

*[signature]*

COREY BLOCKER

I CERTIFY THAT A TRUE AN EXACT COPY OF THIS INSTRUMENT WAS SENT VIA U.S MAIL ON THIS THE 3 DAY OF JANUARY 2023 TO EACH OF THE DEFENDANTS.

RESPECTFULLY SUBMITTED

*[signature]*

COREY BLOCKER

ROBERT J. JONKER

110 MICHIGAN ST NW

GRAND RAPIDS MI 49503

MICHIGAN UNEMPLOYMENT AGENCY

5217 PERRY ROBINSON CIR

LANSING MI 48202

HUNTINGTON BANK

PO BOX 182387

COLUMBUS OHIO 43218

H&R BLOCK

1301 MAIN ST

KANSAS CITY MO 64105

CAPITAL CITY APARTMENTS

3200 SOUTH WASHINGTON ST

LANSING MI 48910

JUDITH A. CHAMPA

5217 PERRY ROBINSON CIR

LANSING MI 48202

COREY BLOCKER

3105 SOUTH MARTIN LUTHER KING JR BLVD

UNIT 243

LANSING MI 48910

517-885-0723 OR 313-918-7211