UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY BLOCKER,

    Plaintiff,

v.

    Case No. 1:23-cv-6

    HONORABLE PAUL L. MALONEY

ROBERT J. JONKER, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing his complaint on January 3, 2023. Plaintiff also filed an *application to proceed in forma pauperis*. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 6, 2023, recommending that this Court deny the application. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the application *to proceed in forma pauperis* (ECF No. 2) is DENIED. Plaintiff shall submit the $402.00 filing fee within 28 days of the date of this order. Plaintiff's failure to comply with this order will result in dismissal of this case.

Dated: January 31, 2023                            /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge