UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY BLOCKER,

    Plaintiff,

v.

                              Case No. 1:23-cv-6

ROBERT J. JONKER, et al.,               HONORABLE PAUL L. MALONEY

    Defendants.

_____/

## ORDER OF DISMISSAL

On January 31, 2023, an order issued denying Plaintiff's application to proceed in forma pauperis and directing Plaintiff to submit the $402.00 filing fee within 28 days from the date the order issued (ECF No. 9).  Further, Plaintiff was warned that failure to comply with the order would result in dismissal of the case.  To date, Plaintiff has failed to pay the filing fee.  Accordingly,

**IT IS HEREBY ORDERED** that this case is DISMISSED for failure to comply with a court order and for want of prosecution.


Dated:  March 7, 2023                                                /s/  Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge