UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY BLOCKER,

     Plaintiff,

v.

ROBERT J. JONKER, et al.,

     Defendants.

_____/

Case No. 1:23-cv-6

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  March 7, 2023

  /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge